**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

FILED
NOVEMBER 8, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**07 C 6364**

| In the Matter of | Case Number: |
|---|---|
| Maria G. Estrada, on her own behalf and on behalf of all other persons similarly situated, known and unknown, vs. Pit Boss Rib House, Inc. and Phil Tsioukanaras, individually | **JUDGE ZAGEL**<br>**MAGISTRATE JUDGE SCHENKIER** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff       LI

| NAME (Type or print) |
|---|
| Maureen A. Bantz |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Maureen A. Bantz |

| FIRM |
|---|
| Werman Law Office, P.C. |

| STREET ADDRESS |
|---|
| 77 W. Washington Street, Suite 1402 |

| CITY/STATE/ZIP |
|---|
| Chicago, IL  60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6289000 | 312-419-1008 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |