# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| | |
|---|---|
| In the Matter of<br>MARIA G. ESTRADA, ET AL<br>v.<br>PIT BOSS RIB HOUSE, INC. | Case Number: 07 C 6364 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PIT BOSS RIB HOUSE, INC.

| |
|---|
| NAME (Type or print)<br>EDWARD A. COHEN |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ EDWARD COHEN |
| FIRM<br>COHEN & HUSSIEN, P.C. |
| STREET ADDRESS<br>6901 W. 111TH STREET |
| CITY/STATE/ZIP<br>WORTH, IL  60482 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6131572 | TELEPHONE NUMBER<br>708.361.3030 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ |