**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MARIA G. ESTRADA, on her own behalf and on behalf of all other persons similarly situated known and unknown, | ) ) ) ) | |
| Plaintiff, | ) | No. 07 C 6364 |
| v. | ) ) | |
| PIT BOSS RIB HOUSE, INC., and PHIL TSIOUKANARAS, individually, | ) ) ) ) | Judge Zagel Magistrate Judge Schenkier |
| Defendants. | ) | |

## NOTICE OF FILING

To:   Douglas Werman
  77 W. Washington, Suite 1402
  Chicago, IL 60602

PLEASE TAKE NOTICE that on February 4, 2008, there was filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, the attached Defendant's Answer to the Plaintiff's Complaint.

  s/Edward Cohen_____
  Cohen & Hussien, P.C.
  Attorney for Defendants
  6901 W. 111th Street
  Worth, IL 60482
  708-361-3030

## CERTIFICATE OF SERVICE

I, the undersigned attorney, certify that a copy of the attached documents were served upon the above-listed persons by electronic mail on February 4, 2008, before the hour of 5:00 p.m.

  s/Edward Cohen_____