IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARIA G. ESTRADA, on her own behalf and on behalf of all other persons similarly situated known and unknown,<br><br>    Plaintiff,<br><br>v.<br><br>PIT BOSS RIB HOUSE, INC., and PHIL TSIOUKANARAS, individually,<br><br>    Defendants. | Case No. 07 C 6364<br><br>Judge Zagel |

### PLAINTIFF'S MOTION FOR AN ORDER AUTHORIZING NOTICE TO SIMILARLY SITUATED PERSONS PURSUANT TO 29 U.S.C. § 216(b)

Plaintiff, on behalf of a class of similarly-situated employees of Defendant Pit Boss Rib House, Inc., respectfully requests that this Court enter an Order (a) allowing opt-in Notice to be issued to similarly-situated persons pursuant to 29 U.S.C. § 216(b); (b) approving the form of Plaintiff's proposed "Notice" and "Consent Form;" (c) approving the issuance of the Notice and Consent Forms through first class U.S. Mail, employee pay envelopes, and workplace postings; and (d) requiring Defendants to submit to Plaintiff, within seven (7) days of the Court's order, a complete list of the names and addresses of all current and former employees employed by Defendants within the last three (3) years. In support of this Motion, Plaintiff submits the attached Memorandum of Law.

Respectfully submitted,

Dated: February 19, 2008

s/Douglas M. Werman
DOUGLAS M. WERMAN (ARDC #6204740)
MAUREEN A. BANTZ (ARDC #6289000)
CARLOS G. BECERRA (ARDC #6285722)
Werman Law Office, P.C.
77 West Washington Street, Suite 1402
Chicago, Illinois 60602
(312) 419-1008

Attorneys for Plaintiff