IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARIA G. ESTRADA, on her own behalf and on behalf of all other persons similarly situated known and unknown,<br><br>    Plaintiff,<br><br>v.<br><br>PIT BOSS RIB HOUSE, INC., and PHIL TSIOUKANARAS, individually,<br><br>    Defendants. | Case No. 07 C 6364<br><br>Judge Zagel |

## NOTICE OF MOTION

To:     Edward Cohen
        Cohen & Hussien, P.C.
        6901 W. 111th St
        Worth, IL 60482

      PLEASE TAKE NOTICE that on March 6, 2008 at 10:15 a.m., we shall appear before the Honorable Judge Zagel, in the Courtroom usually occupied by him in the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present **Plaintiffs' Motion for an Order Authorizing Notice to Similarly Situated Persons Pursuant to 29 U.S.C. § 216(b)**, a copy of which is attached hereto and hereby served upon you.

                                                                                       Respectfully submitted,

Dated: February 19, 2008

                                                                               s/Douglas M. Werman
                                                                               DOUGLAS M. WERMAN (ARDC #6204740)
                                                                               MAUREEN A. BANTZ (ARDC#6289000)
                                                                               CARLOS G. BECERRA (ARDC#6285722)
                                                                               Werman Law Office, P.C.
                                                                               77 W. Washington, Suite 1402
                                                                               Chicago, Illinois 60602
                                                                               (312) 419-1008

                                                                               Attorneys for Plaintiffs

1