IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARIA G. ESTRADA, on her own behalf and on behalf of all other persons similarly situated known and unknown, )<br>)<br>)<br>) | |
| Plaintiff, )<br>) | |
| ) | Case No. 07 C 6364 |
| v. )<br>) | |
| ) | Judge Zagel |
| PIT BOSS RIB HOUSE, INC., and )<br>PHIL TSIOUKANARAS, individually, )<br>) | |
| Defendants. ) | |

## NOTICE OF FILING

TO:   Edward Cohen
      Cohen & Hussien, P.C.
      6901 W. 111th St
      Worth, IL  60482

**PLEASE TAKE NOTICE** that on February 19, 2008 we filed with the Clerk of the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, **Plaintiff's Memorandum of Law in Support of Her Motion for an Order to Authorize Notice to Similarly Situated Persons Pursuant to 29 U.S.C. § 216(b)**, a copy of which is attached hereto.

Respectfully submitted,

s/Douglas M. Werman
Douglas M. Werman (ARDC #6204740)
Maureen A. Bantz  (ARDC# 6289000)
Carlos G. Becerra (ARDC# 6285722)
Werman Law Office, P.C.
77 W. Washington, Suite 1402
Chicago, Illinois 60602
(312) 419-1008

Attorneys for Plaintiffs