## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Maria G Estrada

                              Plaintiff,

v.                                                        Case No.: 1:07−cv−06364
                                                               Honorable James B. Zagel

Pit Boss Rib House, Inc., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 6, 2008:

      MINUTE entry before Judge Honorable James B. Zagel: Motion hearing held on 3/6/2008. MOTION by Plaintiff Maria G Estrada for an Order Authorizing Notice to Similarly Situated Persons Pursuant to 29 U.S.C. § 216(b) [11] is granted. Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.