IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MARIA G. ESTRADA, on her own behalf )
and on behalf of all other persons similarly )
situated known and unknown, )
)
)
Plaintiff, )
) Case No. 07 C 6364
v. )
) Judge Zagel
PIT BOSS RIB HOUSE, INC., and )
PHIL TSIOUKANARAS, individually, )
)
Defendants. )

**NOTICE OF CONSENT TO BECOME A PARTY PLAINTIFF IN A
COLLECTIVE ACTION UNDER THE FAIR LABOR STANDARDS ACT**

*(This form must be completed in ink, not pencil.)*

By my signature below I represent to the Court that I have worked at Pit Boss Rib House, Inc.(9430 S. Roberts Road, Hickory Hills, IL 60457) during the last three (3) years, that there were weeks in which I worked over forty (40) hours when I did not receive overtime pay.

MY NAME IS: _Martin Garcia_
*Please Print Name*

YOUR SIGNATURE: _Martin Garcia_
*Please Sign Name*

DATE ON WHICH I SIGNED THIS NOTICE: _05/04/08_
*Today's Date*

**Counsel for Plaintiff:**   Douglas M. Werman
Maureen A. Bantz
Werman Law Office, P.C.
77 W. Washington, Suite 1402
Chicago, Illinois 60602
312-419-1008