IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARIA G. ESTRADA, on her own behalf and on behalf of all other persons similarly situated known and unknown,<br><br>Plaintiff,<br><br>v.<br><br>PIT BOSS RIB HOUSE, INC., and PHIL TSIOUKANARAS, individually,<br><br>Defendants. | Case No. 07 C 6364<br><br>Judge Zagel |

## NOTICE OF FILING

TO:  Edward Cohen
     Cohen & Hussien, P.C.
     6901 W. 111th St
     Worth, IL  60482

**PLEASE TAKE NOTICE** that on May 5, 2008 we filed with the Clerk of the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, **Notice of Consent to Become a Party Plaintiff in a Collective Action Under the Fair Labor Standards Act of Martin Garcia**, a copy of which is attached hereto.

Respectfully submitted,

s/Douglas M. Werman
Douglas M. Werman (ARDC #6204740)
Maureen A. Bantz  (ARDC# 6289000)
Carlos G. Becerra (ARDC# 6285722)
Werman Law Office, P.C.
77 W. Washington, Suite 1402
Chicago, Illinois 60602
(312) 419-1008

Attorneys for Plaintiffs